## NORTHERN TEXAS TRACTION CO. v. ADAMS. (No. 2549.)

(Court of Civil Appeals of Texas. Texarkana. April 28, 1922. Rehearing Denied May 11, 1922.)

Appeal and error ☞1062(2)—Failure to submit issue of unavoidable injury held reversible error.

In an action for an injury to a passenger, where defendant street railway company pleaded unavoidable accident, which was sufficiently raised by the evidence, refusal to submit the question to the jury was reversible error.

Appeal from District Court, Tarrant County; R. E. L. Roy, Judge.

Action by Bessie Bell Adams by her next friend, against the Northern Texas Traction Company. From judgment for plaintiff, defendant appeals. Reversed and remanded.

The suit is by appellee, by next friend, to recover damages for injuries alleged to have been sustained in a collision between two street cars of appellant. Bessie Bell Adams was a passenger on one of the cars. The plaintiff's amended petition did not specify any act of negligence, but alleged generally that the collision was due to the negligence of appellant's employees. The defendant answered by general denial, and specially pleaded the exercise of care, skill, and prudence in

operating the cars and unavoidable accident, setting up the facts respecting the same.

There was a trial before a jury on special issues submitted to them. The court submitted to the jury the four issues, viz.: (1) Whether the defendant was negligent; (2) whether the negligence was the proximate cause of the injury; (3) whether the plaintiff was injured; and (4) the amount of the damages. On the verdict of the jury the court entered judgment in favor of the plaintiff.

Capps, Cantey, Hanger & Short, of Fort Worth, for appellant.

Mercer, Wall & Rouer, Gillis Johnson, J. E. Mercer, and R. E. Rouer, all of Fort Worth, for appellee.

LEVY, J. (after stating the facts as above). The appellant asked and the court refused to submit the issue of accident or unavoidable injury. Error is predicated on the refusal to submit this requested issue. The appellant specially pleaded accident, and the evidence sufficiently raised, we conclude, the question of unavoidable happening of the collision. According to the late case of Railway Co. v. Ada Rowe (Com. App.) 238 S. W. 908, the refusal to submit such question for finding by the jury is reversible error.

The judgment is reversed, and the cause remanded for another trial.